# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SELMA, et al.,<br><br>　　　　　　　Defendants. | Case No. 1:13-cv-00465-AWI-SAB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>(ECF No. 2) |

　　　　Plaintiff Kenya Darrick Caldwell, filed a complaint on March 28, 2013, along with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

　　　　Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's application to proceed in forma pauperis is GRANTED;

　　　　2.　　The Clerk of Court is DIRECTED to issue a summons; and

　　　　3.　　The United States Marshal is DIRECTED to serve a copy of the complaint, summons, and this order upon the defendant as directed by the plaintiff.

IT IS SO ORDERED.

Dated:   **April 2, 2013**　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1