# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL, | Case No.  1:13-cv-00465-SAB |
| Plaintiff, | ORDER RE STIPULATION TO COMPEL PLAINTIFF TO ATTEND INDEPENDENT PSYCHOLOGICAL EXAMINATION |
| v. | |
| CITY OF SELMA, et al., | (ECF No. 46) |
| Defendants. | |

Pursuant to the stipulation of the parties, Plaintiff Kenya Darrick Caldwell is HEREBY ORDERED to present himself on September 29, 2014 at 10:45 a.m. at the office of Michael Zimmerman, Ph.D. located at 642 Pollasky Avenue, Suite 210, Clovis, CA 93612, telephone number (559) 298-5368 and submit himself to a psychological/psychiatric examination.

IT IS SO ORDERED.

Dated:   **August 29, 2014**

UNITED STATES MAGISTRATE JUDGE