# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SELMA, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00465-SAB<br><br>ORDER AMENDING ORDER GRANTING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND STRIKING THE JUDGMENT<br><br>(ECF Nos. 48, 49) |

On August 29, 2014, an order issued granting Defendants' motion for partial summary judgment and judgment was entered in favor of Defendants. (ECF Nos. 48, 49.) Since Defendants' only moved for summary judgment on the Fourth Amendment claims, this action is still proceeding on the due process and equal protection claims raised in the complaint. Accordingly, the judgment entered August 29, 2014, is HEREBY STRICKEN FROM THE RECORD.

Due to administrative error, the order granting partial summary judgment shall be amended as follows:

1. The order is amended at 1:17 to read: Currently before the Court is Defendants' motion for summary judgment filed **July 25, 2014**.

///

1

   2.     The order is amended at 21:12 to read:  **Defendants**' partial motion for summary judgment is GRANTED.


IT IS SO ORDERED.

Dated:   **September 2, 2014**                                    _____
                                                                                                UNITED STATES MAGISTRATE JUDGE