# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SELMA, et al.,<br><br>　　　　　Defendants. | Case No.  1:13-cv-00465-SAB<br><br>ORDER GRANTING DEFENDANT'S REQUEST TO FILE DOCUMENTS UNDER SEAL<br><br>(ECF No. 68) |

On January 26, 2015, Defendant Burgamy filed a motion for summary judgment and a request to file documents which are covered under the stipulated protective order under seal. The Court has reviewed the list of documents and the request to seal is HEREBY GRANTED.  If Defendant has not already done so, the documents shall be submitted to the court to be filed under seal.

IT IS SO ORDERED.

Dated:   **January 27, 2015**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1