1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL, | Case No.  1:13-cv-00465-SAB |
| Plaintiff, | ORDER REQUIRING EVER JEAN KELLEY TO SUBMIT RESUME |
| v. | FOURTEEN DAY DEADLINE |
| CITY OF SELMA, et al., | |
| Defendants. | |

This action was filed on March 28, 2013, by Plaintiff Kenya Darrick Caldwell's conservator, Ever Jean Kelley.  The Court granted Defendants' partial motion for summary judgment on August 29, 2014, as amended September 3, 2014.  On December 10, 2014, the Court granted Greg Mullanax' motion to withdraw as attorney of record in this action because he was discharged by Ms. Kelley.  Defendants have now filed a motion for summary judgment that is set to be heard on March 4, 2015.

In the December 10, 2014 order, Ms. Kelley was advised that if she intended to proceed in propria persona in this action she would be required to submit a resume demonstrating that she meet basic standards of competency to protect Plaintiff Caldwell's interest.  Ms. Kelley has not filed a notice substituting counsel in this action.  Therefore, Ms. Kelley shall be required to file a resume for the Court's consideration.

Further, Ms. Kelley is advised that she is required to comply with the Federal Rules of

Civil Procedure and the Local Rules of the Eastern District in opposing the motion for summary judgment and appear at all hearings scheduled in this action. The Court will have the Clerk of the Court send a copy of the informational order which advises Plaintiff of the requirements to oppose Defendants' motion.

Accordingly, IT IS HEREBY ORDERED that:

1.  Within fourteen (14) days of the date of service of this order, Ms. Kelley shall file a resume demonstrating that she meets basic standards of competency to protect Plaintiff Caldwell's interest in this action;

2.  The Clerk's Office is directed to send Plaintiff the informational order for pro se litigants;

3.  Plaintiff shall file an opposition to Defendants' motion for summary judgment on or before February 18, 2015;

4.  Ms. Evers shall appear at the hearing on March 4, 2015 at 10:00 a.m. in Courtroom 9, on the motion for summary judgment unless an order issues vacating the hearing; and

5.  Failure to file an opposition to the motion for summary judgment in compliance with this order shall be deemed a waiver of opposition to the motion for summary judgment.

IT IS SO ORDERED.

Dated:   **January 28, 2015**

UNITED STATES MAGISTRATE JUDGE