# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENYA DARRICK CALDWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF SELMA, et al.,<br><br>    Defendants. | Case No. 1:13-cv-00465-SAB<br><br>ORDER RE BASIC COMPETENCY<br><br>(ECF No. 88) |

Ever Jean Kelley filed this action as conservator for Plaintiff Kenya Darrick Caldwell on March 28, 2013. (ECF No. 1.) Currently pending before the Court is Defendants' motion for summary judgment, filed January 26, 2015.

Ms. Evers terminated her relationship with counsel in this action and is currently proceeding pro se. Therefore on January 29, 2015, an order issued requiring Ms. Evers to submit documentation for the Court to determine if she met basic competency requirements to represent Plaintiff's interests in this action. On February 23, 2015, Ms. Evers filed a resume setting forth her education and work experience.

Ms. Evers received a Bachelor of Arts Degree in Home Economics from Fresno State University in 1999. She has a work history in sales, including initiating contracts with potential clients, maintaining inventory and price controls, and ensuring customer satisfaction. Based upon Ms. Evers education and employment history, the Court finds that Ms. Evers possesses

basic competency requirements to represent Plaintiff's interests in this action.

      Accordingly, Plaintiff shall file an opposition to the motion for summary judgment by April 1, 2015 in compliance with the February 18, 2015 order.

IT IS SO ORDERED.

Dated:   **February 24, 2015**

UNITED STATES MAGISTRATE JUDGE

2